## Creech v. Herring *et al.*

APPEAL from the Chancery Court of Dale.

Heard before the Hon. JERE N. WILLIAMS.

BORDERS & CARMICHAEL, for appellant.

J. P. PELHAM and J. R. LEVY, for appellees.

This was a bill filed by appellant to have a certain deed, absolute on its face, executed by him to Herring, declared a mortgage, and cancelled upon the payment of the debt secured thereby. Decree was rendered in behalf of defendants, one of whom, Stevens, had became the innocent purchaser of the land prior to the filing of the bill. Decree affirmed.

Opinion by MCCLELLAN, J.